William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
E: wbf@federmanlaw.com

*Counsel for Plaintiff Tara McIntosh*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA MCINTOSH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HOPSKIPDRIVE, INC.,<br><br>*Defendant*. | Case No. 2:24-cv-01676-JFW-MRW<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff Tara McIntosh ("Plaintiff") and Defendant HopSkipDrive, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate to voluntarily dismiss the action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party will bear its own costs and fees.

IT IS SO STIPULATED.

DATED: May 24, 2024                           **FEDERMAN & SHERWOOD**

                                              By:  */s/ William B. Federman*

---

1
JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT
TO FED. R. CIV. P. 41(a)(1)(A)(ii)
**Error! Unknown document property name.**

| | |
|---|---|
| 1 | William B. Federman (Admitted *pro hac vice*) |
| 2 | **FEDERMAN & SHERWOOD** |
|   | 10205 North Pennsylvania Avenue |
| 3 | Oklahoma City, Oklahoma 73120 |
|   | Tel: (405) 235-1560 |
| 4 | Fax: (405) 239-2112 |
|   | kwbf@federmanlaw.com |
| 5 | |
|   | Byron T. Ball (SBN 150195) |
| 6 | **THE BALL LAW FIRM APC** |
|   | 100 Wilshire Blvd. Suite 700 |
| 7 | Santa Monica, California 90401 |
|   | Tel: (310) 980-8039 |
| 8 | btb@balllawllp.com |
| 9 | *Counsel for Plaintiff and the Proposed Class* |
| 10 | **Constangy, Brooks, Smith & Prophete, LLP** |
| 11 | |
| 12 | By: */s/ Younjin (Jennifer) Lee* |
|   | Allen Sattler |
| 13 | Younjin (Jennifer) Lee |
|   | Xuan Zhou |
| 14 | **Constangy, Brooks, Smith & Prophete, LLP** |
| 15 | 3420 Bristol Street, 6th Floor |
|   | Costa Mesa, California 92626 |
| 16 | Tel.: 949.743.3979 |
|   | Fax: 949.743.3934 |
| 17 | asattler@constangy.com |
|   | jlee@constangy.com |
| 18 | xzhou@constangy.com |
| 19 | *Counsel for Defendant HopSkipDrive, Inc* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**Error! Unknown document property name.**

|   |   |
|---|---|
| 1 | **ECF SIGNATURE ATTESTATION** |
| 2 | In accordance with Civil Local Rule 5-4.3.4, the filer of this document hereby |
| 3 | attests under penalty of perjury that the occurrence in the filing of this document has |
| 4 | been obtained from all signatories hereto. |

DATED: May 24, 2024                            **FEDERMAN & SHERWOOD**

By: */s/ William B. Federman*
William B. Federman

---

3
JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT
TO FED. R. CIV. P. 41(a)(1)(A)(ii)
**Error! Unknown document property name.**

## PROOF OF SERVICE DECLARATION

I am over 18 years of age and not a party to this action. I am employed in the County of Oklahoma County, State of Oklahoma. My business address is 10205 North Pennsylvania Avenue, Oklahoma City, Oklahoma 73120.

On **May 24, 2024**, I served a true copy of the document(s) entitled:

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

on the following individuals by the method(s) indicated below:

Allen Sattler
Younjin (Jennifer) Lee
Xuan Zhou
**Constangy, Brooks, Smith & Prophete, LLP**
3420 Bristol Street, 6th Floor
Costa Mesa, California 92626
Tel.: 949.743.3979
Fax: 949.743.3934
asattler@constangy.com
jlee@constangy.com
xzhou@constangy.com

*Attorneys for Defendant HopSkipDrive, Inc.*

___ **BY MAIL:** By placing the document(s), with postage fully prepared, in the United States Mail, addressed as indicated below. I am readily familiar with the practices of these law offices for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service in the same day in the ordinary course of business.

**X** **BY ELECTRONIC TRANSMISSION:** By causing the document(s) to be transmitted by the Court's CM/ECF filing system to the e-mail addresses of the individuals as indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the above is true and correct.

Executed on **May 24, 2024**, in Oklahoma City, Oklahoma.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

*/s/ William B. Federman*
William B. Federman

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**Error! Unknown document property name.**